**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2259**

KENNETH A. GREENE,

               Plaintiff - Appellant,

        v.

BARACK OBAMA, President; ANTHONY FOXX, Secretary; FEDERAL
ELECTION COMMISSION; U.S. CENSUS BUREAU; U.S. OFFICE OF
PERSONNEL MANAGEMENT; OFFICE OF THE UNITED STATES TRUSTEE;
NANCY L. SPENCER GRIGSBY, in their individual and official
capacities; GERARD R. VETTER, in their individual and
official capacities; RONALD A. WRAY,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:15-cv-00658-RDB)

Submitted: February 25, 2016      Decided: February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth A. Greene, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. Greene appeals the district court's orders dismissing his complaint purporting to raise several civil claims against Defendants, and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and agree that Greene's complaint fails to state a claim upon which relief may be granted. We thus affirm the district court's orders. Greene v. Obama, No. 1:15-cv-00658-RDB (D. Md. Mar. 25, 2015; Sept. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED